NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., *Plaintiff*, v. FORWARD HOTELS AND DEVELOPMENT, LLC, LARRY LIMBAUGH, JR., and MATTHEW ATCHLEY, *Defendants*. | Civil Action No. 17-2789 **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this 9th day of April, 2018,

**ORDERED** that Plaintiff's motion for default judgment, D.E. 12, is **DENIED** without prejudice; and it is further

**ORDERED** that the Clerk's entry of default as to Defendants Forward Hotels and Development, LLC and Matthew Atchley is vacated; and it is further

**ORDERED** that Plaintiff's counsel shall serve a copy of this order on Defendants at their last known addresses.

John Michael Vazquez, U.S.D.J.